HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IN RE MARIE-JANET SHOEMAKER

No. 12-cv-5087-RBL

ORDER

Plaintiff and her family have filed a large number of frivolous lawsuits. Most recently, the courts have been subject to *Shoemaker v. Peterson*, 12-cv-5087-RBL (2012) (dismissed); *Maria-Janet v. Hartman*, 11-cv-5631-FVS (2011) (dismissed); *Maria-Janet v. Shoemaker*, 12-cv-5171-RBL (2012) (dismissed); *Paul-David and Maria-Janet v. Hartman*, 11-cv-5602-BHS (2011) (dismissed); *Shoemaker v. State of Washington*, 08-cv-5473-RJB (2008) (dismissed); *:maria-janet: v. Leighton*, 12-mc-5015 (2012) (pending). Ms. Shoemaker uses various aliases: "Maria-Janet," "Janet-Maria," ":maria-janet:," "Marie Shoemaker." She has been a co-defendant or co-plaintiff in lawsuits filed by her husband John Shoemaker, her son Paul Shoemaker, her daughter Katherine Shoemaker, her mother Josephine Moffit, and her sister Ingerid Pearson. Nationally, Ms. Shoemaker has filed 21 bankruptcy cases, 22 civil cases, and 6 appellate cases.[1] Her family has filed many more and appears to frequently file on each other's behalf. Ms. Shoemaker's filings have been called "incomprehensible" and include long lists of defendants

---

[1] See Appendix.

whose connection to her filings are impossible to discern. *See Paul-David and Maria-Janet v. Hartman*, 11-cv-5602-BHS, at 1 (2011) (suing 17 individuals). Further, Ms. Shoemaker styles her suits as "miscellaneous" or as habeas petitions in order to avoid paying the standard fee.

## ORDER

Effective immediately, the Clerk's office will no longer accept any filing whatsoever from Ms. Shoemaker, John Shoemaker, Paul Shoemaker, Katherine Shoemaker, Ingerid Pearson, or Josephine Moffit, or under any alias, without a proper civil cover sheet. These individuals must pay the regular $350.00 filing fee to open a case or the clerk's office will reject the filings. The clerk's office will not accept any further filings styled as habeas petitions from these individuals without paying a $350.00 filing fee.

Ms. Shoemaker is further warned that continued filings of frivolous lawsuits will result in a bar order preventing her from filing suit whatsoever.

Dated this 22nd day of May, 2012.

*Ronald B. Leighton* (signature)

Ronald B. Leighton
United States District Judge